UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | EDCV 22-00976-SPG(KKx) | Date | November 2, 2022 |
| Title | David McCowan v. Hohm Tech, Inc. et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Matthew Clark | Abirami Gnanadesigan |

**Proceeding:** MOTION TO REMAND ACTION TO CALIFORNIA SUPERIOR COURT [20]

Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order will issue.

: 8

Initials of Preparer   pg